1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICKEY VALCUE POLK,                    )
                                       )
                Petitioner,            )      CASE NO.    C05-2003-JCC
                                       )                  (CR93-271JCC; CR93-515JCC)
        v.                             )
                                       )
UNITED STATES OF AMERICA,              )      ORDER DISMISSING MOTION
                                       )      UNDER 28 U.S.C. § 2255
                Respondent.            )
_____)

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. #1) is DENIED.

(3)     The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. Monica J. Benton.

DATED this 16th day of October 2006.

_____
John C. Coughenour
United States District Judge

ORDER DISMISSING § 2255 MOTION